*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| IN RE:<br><br>GUY C. MONHOLLEN<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 17-31601 (ABA)<br><br>*OBJECTION TO EXPENSES CLAIMED BY DEBTOR* |

      Isabel C. Balboa, Chapter 13 Standing Trustee, hereby objects to the expenses in the above-captioned case pursuant to 11 U.S.C. §1325(b)(2)(A).

      1.      The Trustee objects to the following expenses on Schedule J that are not reasonably necessary to be expended for the maintenance or support of the debtor or a dependents of the debtor.

| EXPENSES LISTED | AMOUNT |
|---|---:|
| A.  Personal grooming and miscellaneous | $594 |
| B.  Daughter's tuition | $1,526.33 |

      3.      Line 10 on Schedule J lists personal care products and services in the amount of $266. Line 21 on Schedule J lists another $594 per month for personal grooming and miscellaneous, for a total amount of $860 in personal grooming and miscellaneous per month.

      4.      Line 21 on Schedule J lists daughter's tuition at $1,526.33 per month ($18,315.96 per year). For above-median debtors, § 707(b)(2)(A)(ii)(IV) sets a ceiling of up to $1,875 per year per child for certain tuition costs that may be deducted from a debtor's disposable income.

      5.      Debtor's plan proposes to pay a pro rata distribution to unsecured creditors who filed timely claims. Debtors listed $76,406.54 in unsecured debt on Schedule F.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated:   January 26, 2018 /s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee