*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Jennifer R. Gorchow, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>**GUY C. MONHOLLEN**<br><br>**Debtor(s).** | Case No.: 17-31601 (ABA)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |

**CERTIFICATION OF SERVICE**

1. I, ____Jennie P. Archer____:

   ❏ represent the _____ in the above-captioned matter.

   ☒ am the paralegal for <u>Isabel C. Balboa, Chapter 13 Standing Trustee</u> in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On ____January 29, 2018____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   TRUSTEE'S OBJECTION TO EXPENSES AND TRUSTEE'S OBJECTION TO FORM 122C-2 AND CHAPTER 13 PLAN

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  January 29, 2018                     /s/ *Jennie P. Archer*
                                              Jennie P. Archer
                                              Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Guy C. Monhollen<br>5905 Laurel Street<br>Mays Landing, NJ   08330 | Debtor(s) | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>   (as authorized by the court *) |
| Bruno Bellucci, III, Esquire<br>1201 New Road, Suite 138<br>Lindwood, NJ   08221 | Debtor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| KML Law Group, P.C.<br>Rebecca A. Solarz, Esquire<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Creditor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Michael R. DuPont, Esquire<br>PO Box 610<br>229 Broad Street<br>Red Bank, NJ 07701-0610 | Creditor's Attorney | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |