Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2020 to 12/31/2020  
**Case Number: 17-31601 (ABA)**

Guy C. Monhollen  
5905 Laurel Street  
Mays Landing, NJ  08330

Monthly Payment: $1,445.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,445.00 | 02/05/2020 | $1,445.00 | 03/02/2020 | $1,445.00 | 04/02/2020 | $1,445.00 |
| 05/04/2020 | $1,445.00 | 06/02/2020 | $1,445.00 | 07/02/2020 | $1,445.00 | 08/04/2020 | $1,445.00 |
| 09/02/2020 | $1,445.00 | 10/05/2020 | $1,445.00 | 11/02/2020 | $1,445.00 | 12/03/2020 | $1,445.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GUY C. MONHOLLEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,750.00 | $1,750.00 | $0.00 | $0.00 |
| 1 | ALLTRAN FINANCIAL, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BRIDGETON ONIZED F.C.U. | 33 | $6,574.75 | $3,341.14 | $3,233.61 | $1,633.64 |
| 3 | CAINE & SEINER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $11,766.59 | $5,979.48 | $5,787.11 | $2,923.69 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | HUGHES NET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $777.86 | $777.86 | $0.00 | $650.12 |
| 8 | PNC BANK, N.A. | 24 | $2,803.68 | $2,803.68 | $0.00 | $0.00 |
| 9 | PROGRESSIVE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $13,841.84 | $7,034.12 | $6,807.72 | $3,439.33 |
| 11 | SEARS CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SELIP & STYLIANOU, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SUNTRUST BANK | 33 | $25,436.91 | $12,926.47 | $12,510.44 | $6,320.40 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | US BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | BRUNO BELLUCCI III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $3,873.75 | $1,968.55 | $1,905.20 | $962.53 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2017 | 10.00 | $200.00 |
| 09/01/2018 | 50.00 | $1,445.00 |
| 11/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,340.00 |
| Total paid to creditors this period: | $15,929.71 |
| Undistributed Funds on Hand: | $1,323.62 |
| Arrearages: | $1,245.00 |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**