Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−31601−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guy C. Monhollen
   5905 Laurel Street
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−9385

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                November 19, 2021
Time:               09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*38* − Certification in Opposition to (related document:37 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/4/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Jennifer L. Kearney on behalf of Guy C. Monhollen. (Attachments: # 1 Exhibit) (Kearney, Jennifer)

and transact such other business as may properly come before the meeting.

Dated: October 5, 2021
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk