| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re: |

**Order Filed on December 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Hearing Date: _____

Chapter:        13

Judge: _____

# ORDER CONCERNING MOTION FOR DISCHARGE
# PURSUANT TO SECTION 1328(b) OF THE BANKRUPTCY CODE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor having filed a motion requesting entry of a discharge prior to the completion of plan payments under Section 1328(b) of the Bankruptcy Code, and the court having considered the matter and for good cause, it is hereby

**ORDERED** that:

❑ The debtor's motion is denied.

❑ The debtor's motion is granted, and it is further **ORDERED** that:

- the debtor's plan shall be deemed completed and the Chapter 13 Trustee shall promptly issue a Final Report; and

- the debtor must, within 14 days of the date of this order, file a *Certification in Support of Discharge* and a certification that debtor has completed an instructional course concerning personal financial management in compliance with Section 1328(g) of the Bankruptcy Code (*Certificate of Debtor Education*) or the Clerk shall close the case without discharge and without further notice; and

- the Clerk shall enter a discharge and provide notice of same upon the filing of the documents named above.

- the debtor's discharge is subject to Section 1328(c) of the Bankruptcy Code and/or Fed.R.Bankr.P. 4007(d).

*new.2019*