| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Bruno Bellucci, III, Esquire<br>Attorney ID# BBIII: 6378<br>BellucciLaw, P.C.<br>450 Tilton Road, Suite 125<br>Northfield, NJ 08225<br>(609)601-1500<br>Attorneys for Debtor(s) | **Order Filed on December 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Guy C. Monhollen | Case No.: 17-31601<br><br>Chapter: 13<br><br>Hearing Date: 12/14/2021<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENTS

The relief set forth on the following page, number (2), is hereby **ORDERED**.

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       Guy C. Monhollen
Case No.:    17-31601
Order Granting Motion to Redact Previously Filed Documents

The Court having reviewed the Motion to Redact Previously Filed Documents filed in this case by debtor, through his attorney, Bruno Bellucci, III, Esquire of BelluccLaw, P.C. and regarding the following documents.

(1) Exhibit attached to Certification in Opposition field October 4, 2021 (docket # 38)

(2) Exhibit B attached to Motion for Hardship Discharge filed November 9, 2021 (docket # 42)

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket.