Jul. 1. 2021 4:04PM  MAYS LANDING             JERSEY         No. 2085  P. 2

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 10397

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Guy Clifford Monhollen |
| 1b. Also Known As (AKA) | |
| 2. Sex | Male |
| 3. Social Security Number | -5385 |
| 4a. Age | 50 Years |
| 5. Date of Birth | 06/23/1970 |
| 6. Birthplace | Springfield, Ohio |
| 7a. Residence-State | New Jersey |
| 7b. County | Atlantic |
| 7c. Municipality/City | Hamilton Township |
| 7d. Street and Number | 5905 Laurel Street |
| 7e. Apt No. | |
| 7f. Zip Code | 08330 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 9. Domestic Marital Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | Nicole Leigh Diaz |
| 11. Father's Name | Carl Ray Monhollen |
| 12. Mother's Name Prior to First Marriage | Gail Elizabeth Cooke |
| 13a. Name of Informant | Nicole Leigh Monhollen |
| 13b. Relationship to Decedent | Spouse |
| 13c. Mailing Address | 5905 Laurel Street, Mays Landing, NJ 08330 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition | Seaside Crematory |
| 16. Location – City & State or Foreign County | Upper Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Adams-Perfect Funeral Home Inc, 1650 New Road, Northfield, NJ 08225-1108 |
| 18. Electronic Signature of Funeral Director | David G. Umphlett |
| 19. NJ License Number | 23JP00446800 |
| 20. Decedent Education | Bachelor's degree (BA, AB, BS) |
| 21. Decedent of Hispanic Origin? | Not Spanish/Hispanic/Latino |
| 22. Decedent Race | White |
| 23. Occupation | Technical Project Engineer/System Architect |
| 24. Kind of Business/Industry | Elevator |
| 25. Name and Address of Last Employer | Schindler Elevator Corporation, Morristown, NJ |
| 26. Date Pronounced Dead | 06/16/2021 |
| 26. Name of Person Pronouncing Death | Mariane Charron |
| 27. Time Pronounced Dead | 2123 |
| 29. License Number | 25MA08760100 |
| 30. Date Signed | 06/17/2021 |
| 31. Date of Death | 06/16/2021 |
| 32. Time of Death | 2123 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Hospital Inpatient |
| 35a. Facility Name | Cooper Hospital/University Medical Center |
| 35b. Municipality | Camden City |
| 35c. County | Camden |

**36a. CAUSE OF DEATH:**
PART I – IMMEDIATE CAUSE

| | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Severe acute respiratory distress syndrome | 1 months |
| b. Due to | COVID19 pneumonia | 1 month |
| c. Due to | | |
| d. Due to | | |

36b. PART II – Other significant conditions contributing to death but not resulting in underlying cause given in PART I:
circulatory shock, right ventricular thrombus, acute renal failure

| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 42. Injury at work? | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | Unknown |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Pronouncer and Certifier |
| 51. Name, Address, and Zip Code of Certifier | Mariane Charron, 1 Cooper Plaza, Camden, NJ 08103 |
| 52. Electronic Signature of Certifier | Mariane Charron |
| 53. License Number | 25MA08760100 |
| 54. Date Certified | 06/20/2021 |
| 56. District No. | V0195 |
| 57. Date Received | 06/22/2021 |
| Case Number | 29260 |
| 63. Electronic Signature of Local Registrar | Robin Atlas |

DATE ISSUED: June 23, 2021

ISSUED BY:
New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42B
JUN 14

*THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED*