| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: Guy C. Monhollen | Order Filed on December 14, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |

Case No.: 17-31601

Hearing Date: 12/14/2021

Chapter: 13

Judge: ABA

# ORDER CONCERNING MOTION FOR DISCHARGE
# PURSUANT TO SECTION 1328(b) OF THE BANKRUPTCY CODE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor having filed a motion requesting entry of a discharge prior to the completion of plan payments under Section 1328(b) of the Bankruptcy Code, and the court having considered the matter and for good cause, it is hereby

**ORDERED** that:

❑ The debtor's motion is denied.

☒ The debtor's motion is granted, and it is further **ORDERED** that:

- the debtor's plan shall be deemed completed and the Chapter 13 Trustee shall promptly issue a Final Report; and

- the debtor must, within 14 days of the date of this order, file a *Certification in Support of Discharge* and a certification that debtor has completed an instructional course concerning personal financial management in compliance with Section 1328(g) of the Bankruptcy Code (*Certificate of Debtor Education*) or the Clerk shall close the case without discharge and without further notice; and

- the Clerk shall enter a discharge and provide notice of same upon the filing of the documents named above.

- the debtor's discharge is subject to Section 1328(c) of the Bankruptcy Code and/or Fed.R.Bankr.P. 4007(d).

*new.2019*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-31601-ABA |
| Guy C. Monhollen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Guy C. Monhollen, 5905 Laurel Street, Mays Landing, NJ 08330-3760 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Guy C. Monhollen jkearney@bellucilaw.net<br>bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Debtor Guy C. Monhollen jkearney@belluccilaw.net |
| Kevin Gordon McDonald | |

| | |
|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont
   on behalf of Creditor Bridgeton Onized FCU dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9