UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
450 Tilton Road, Suite 125
Northfield, NJ 08225
(609)601-1500
Attorneys for Debtor(s)

**Order Filed on December 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Guy C. Monhollen

Case No.: 17-31601

Chapter: 13

Hearing Date: 12/14/2021

Judge: Andrew B. Altenburg, Jr.

# ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENTS

The relief set forth on the following page, number (2), is hereby **ORDERED**.

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:        Guy C. Monhollen
Case No.:      17-31601
Order Granting Motion to Redact Previously Filed Documents

The Court having reviewed the Motion to Redact Previously Filed Documents filed in this case by debtor, through his attorney, Bruno Bellucci, III, Esquire of BelluccLaw, P.C. and regarding the following documents.

(1) Exhibit attached to Certification in Opposition field October 4, 2021 (docket # 38)

(2) Exhibit B attached to Motion for Hardship Discharge filed November 9, 2021 (docket # 42)

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-31601-ABA
Guy C. Monhollen                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 2
Date Rcvd: Dec 14, 2021                 Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guy C. Monhollen, 5905 Laurel Street, Mays Landing, NJ 08330-3760 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Guy C. Monhollen jkearney@bellucilaw.net<br>bbellucci@bellucilaw.net,lcanizzaro@bellucilaw.net,kpalermo@bellucilaw.net,ddillhoff@bellucilaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Debtor Guy C. Monhollen jkearney@bellucilaw.net |
| Kevin Gordon McDonald | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont

on behalf of Creditor Bridgeton Onized FCU dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9